FILED
CLERK, U.S. DISTRICT COURT
07/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:21-cr-00169-RGK |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1001(a)(2): False Statements to a Government Agency] |
| ISAAC ARROYO, aka "Officer I.," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1001(a)(2)]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant ISAAC ARROYO, also known as "Officer I," was employed by the California Department of Corrections and Rehabilitation as a correctional officer at the California Institute for Men ("CIM") in Chino, California.

2. In his capacity as a correctional officer, defendant ARROYO supervised inmates who were California state prisoners.

3. CIM, like other California Department of Corrections and Rehabilitation correctional facilities, prohibited inmates from

possessing contraband including cellular telephones, controlled substances without a valid prescription, and food and personal items not sold from vendors approved by the California Department of Corrections and Rehabilitation.

4. Individual A was a family member of defendant ARROYO. Defendant ARROYO and Individual A shared a Golden One Credit Union account ending in 5435, to which they both had access.

5. Paypal is an electronic commerce company that facilitated payments between parties through online fund transfers. PayPal users created accounts that were connected to their credit card or checking accounts. Defendant ARROYO controlled a Paypal account ending in 0338, which transferred money directly to the Golden One Credit Union account ending in 5435, to which defendant ARROYO and Individual A both had access.

6. Walmart to Walmart domestic money transferring service allowed customers to transfer money from one Walmart location to another. The sender of a Walmart to Walmart money transfer received a unique transaction reference number, which the sender would then share with the recipient of the money transfer, to enable the recipient of the transfer to receive the transfer at any Walmart location.

B.   FALSE STATEMENTS TO A GOVERNMENT AGENCY

7. On or about August 22, 2017, in San Bernardino County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Federal Bureau of Investigation (the "FBI"), defendant ARROYO knowingly and willfully made the following

materially false and fictitious statements and representations to the FBI:

    a.   Defendant ARROYO falsely stated that neither an inmate nor a family member or friend of an inmate had ever sent defendant ARROYO any money. In fact, as defendant ARROYO knew, he received two checks in the amount of $500 each, from A.S., a family member of an inmate, dated March 31, 2014, which were deposited into the Golden 1 Credit Union account ending in 5435, which defendant ARROYO shared with Individual A, a family member of defendant ARROYO. Defendant ARROYO also received electronic transfers of funds from family members and friends of inmates. Those funds were funneled through a PayPal account ending in 0338, and were then transferred to the Golden 1 Credit Union account ending in 5435, which defendant ARROYO shared with Individual A.

    b.   Defendant ARROYO falsely stated that an inmate's family members or friends had never sent money to defendant ARROYO's family members or friends. In fact, as defendant ARROYO knew, Individual B, a family member and friend of defendant ARROYO, received money from family members of inmates via MoneyGram wire transfers, and through Walmart to Walmart money transfers, after which Individual B withdrew the money and gave it to defendant ARROYO, per defendant ARROYO's instructions to Individual B.

    c.   Defendant ARROYO falsely stated that he never brought contraband to inmates. In fact, as defendant ARROYO knew, he provided contraband, such as controlled substances and cellular telephones, to inmate M.A.W. on multiple occasions between on or about November 13, 2014, and on or about January 13, 2015, while inmate M.A.W. was incarcerated at CIM.

    d. Defendant ARROYO falsely stated that he never had a PayPal account. In fact, as defendant ARROYO knew, he had a PayPal account ending in 0338, which he used to receive money transfers from other persons and make money transfers to the Golden 1 Credit Union account ending in 5435, which he shared with Individual A.

                   A TRUE BILL

                   /s/
                   Foreperson

TRACY L. WILKISON
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Acting Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office